IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| MITCH HALL | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:13cv233 |
| BETTY SHYNETT | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Mitch Hall, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Keith F. GIblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed a motion (doc. no. 81) seeking a default judgment. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The motion for default judgment is **DENIED**.

So **ORDERED** and **SIGNED** this **31** day of **August, 2015.**

_____
Ron Clark, United States District Judge