IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MITCH HALL | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv233 |
| LISA WOOD, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Mitch Hall, proceeding *pro se*, filed the above-styled civil rights lawsuit against Lisa Wood and Robert H. Kane, Jr.. The court referred this matter to the Honorable Keith F. GIblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The defendants have filed a motion asking that this case be dismissed pursuant to Federal Rule of Civil Procedure 12(c). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The defendants' motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

**So Ordered and Signed**
**Sep 2, 2016**

_____
Ron Clark, United States District Judge